❧JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  **Category No.** II  **Investigating Agency** OIG/FBI

**City** Boston  **Related Case Information:**

**County** Suffolk
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  20-mj-2057, -6154, -6155
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Timothy Torigian  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name _____

Address  (City & State) 27 Beethoven Avenue, Walpole, MA

Birth date (Yr only): 1965  SSN (last4#): 6923  Sex M  Race: _____  Nationality: _____

**Defense Counsel if known:**  Rob Goldstein  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA  Mark Grady  Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No  List language and/or dialect: _____

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/20/20  Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Timothy Torigian

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2 | 18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3 | 18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28:002461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  **Category No.** II  **Investigating Agency** OIG/FBI

**City** Boston

**Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  20-mj-2058
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Gerard O'Brien  Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: _____

Address: (City & State) 37 Mann Street, Braintree, MA

Birth date (Yr only): 1957  SSN (last4#): 1147  Sex M  Race: ____  Nationality: ____

Defense Counsel if known: David Meier  Address: Todd&Weld

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Mark Grady  Bar Number if applicable: _____

Interpreter: ☐ Yes  ☑ No  List language and/or dialect: _____

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint  ☐ Information  ☑ Indictment

Total # of Counts: ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8.20.20  Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Gerard O'Brien

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2 | 18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3 | 18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28:002461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** II     **Investigating Agency** OIG/FBI

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-mj-2059
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Robert Twitchell     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) 1 Erin Lane, Norton, MA

Birth date (Yr only): 1962    SSN (last4#): 2235    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Mark Grady     Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8·20·20     Signature of AUSA: *Mark Grady*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Robert Twitchell

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2 | 18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3 | 18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28:002461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** OIG/FBI

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number    20-mj-2062
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Henry Doherty    Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☐ No

Alias Name _____

Address    (City & State)  44 Stock Street, Dorchester, MA

Birth date (Yr only): 1958    SSN (last4#): 4121    Sex M    Race: ____    Nationality: ____

**Defense Counsel if known:**    unknown    **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA    Mark Grady    Bar Number if applicable _____

Interpreter:    ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:    ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

Matter to be SEALED:    ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8·20·20    Signature of AUSA: _/s/ Mark Grady_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Henry Doherty

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2   18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3   18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4   28:002461(c) | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    **Category No.** II    **Investigating Agency** OIG/FBI

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-mj-2065
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Diana Lopez    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: _____

Address: (City & State) 145 Atherton Street, Milton, MA

Birth date (Yr only): 1962    SSN (last4#): 0902    Sex: F    Race: _____    Nationality: _____

Defense Counsel if known: unknown    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Mark Grady    Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8·20·20    Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Diana Lopez

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2 | 18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3 | 18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28:002461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** OIG/FBI

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-mj-2061
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: James Carnes    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: _____

Address: (City & State) 366A Washington Street, Canton, MA

Birth date (Yr only): 1962    SSN (last4#): 2477    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** unknown    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Mark Grady    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8·20·20    Signature of AUSA: _/s/ Mark Grady_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** James Carnes

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2 | 18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3 | 18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28:002461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** OIG/FBI

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-mj-2401
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Michael Murphy    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: _____

Address: (City & State) 19 Manion Road, Hyde Park, MA

Birth date (Yr only): 1960    SSN (last4#): 4472    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** unknown    Address _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Mark Grady    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8·20·20    Signature of AUSA: _(signed)_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Murphy

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2 | 18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3 | 18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28:002461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** _____      **Investigating Agency** OIG/FBI

**City** Boston      **Related Case Information:**

**County** _____

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-mj-2402
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Ronald Nelson     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: _____

Address: (City & State) 86 Montebello Road, Jamaica Plain, MA

Birth date (Yr only): 1957    SSN (last4#): 6348    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** unknown      Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Mark Grady      Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____      Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Ronald Nelson

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2 | 18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3 | 18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28:002461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** OIG/FBI

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-mj-2064
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Kendra Conway     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: _____

Address: (City & State) 66 Redfield Street, Boston, MA

Birth date (Yr only): 1970     SSN (last4#): 8026     Sex: F     Race: _____     Nationality: _____

**Defense Counsel if known:** unknown     **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Mark Grady     Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:** ☐ Petty     ☐ Misdemeanor     ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8-20-20     Signature of AUSA: _[signature]_

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Kendra Conway

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2 | 18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3 | 18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28:002461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013