**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 20-CR-10164-NMG |
| ) | |
| KENDRA CONWAY ) | |

## MOTION TO WITHDRAW

Assistant Federal Public Defender Julie-Ann Olson hereby requests to withdraw as counsel in this case. As reason therefor, private counsel has been retained and has filed his appearance on behalf of the defendant.

Respectfully submitted,
KENDRA CONWAY
By her attorney,

*/s/ Julie-Ann Olson*
Julie-Ann Olson, B.B.O. #661464
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 9, 2020.

*/s/ Julie-Ann Olson*
Julie-Ann Olson
Assistant Federal Public Defender