UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   Criminal No. 20-cr-10164-NMG |
| 1. TIMOTHY TORIGIAN, | ) |
| 2. GERARD O'BRIEN, | ) |
| 3. ROBERT TWITCHELL, | ) |
| 4. HENRY DOHERTY, | ) |
| 5. DIANA LOPEZ, | ) |
| 6. JAMES CARNES, | ) |
| 7. MICHAEL MURPHY, | ) |
| 8. RONALD NELSON, and | ) |
| 9. KENDRA CONWAY. | ) |
| | ) |
| Defendants. | ) |

## **SUGGESTION OF DEATH**

Counsel for Ronald Nelson respectfully notify the Court that Mr. Nelson passed away on

Saturday, January 15, 2022.


Dated: February 1, 2022                    Respectfully Submitted,

                                           /s/ Simon J. Cataldo
                                           Simon J. Cataldo (BBO No. 690879)
                                           scataldo@ashcroftlawfirm.com
                                           Kimberly P. West (BBO No. 635401)
                                           kwest@ashcroftlawfirm.com
                                           Ashcroft Law Firm, LLC
                                           200 State Street, 7th Floor
                                           Boston, MA 02109
                                           (617) 573-9400

**CERTIFICATE OF SERVICE**

       I, Simon J. Cataldo, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


Dated: February 1, 2022                    */s/* Simon J. Cataldo
                                        Simon J. Cataldo
                                        Ashcroft Law Firm

                                        *Counsel for Ronald Nelson*